No. 71–685. LEHNHAUSEN, DIRECTOR, DEPARTMENT OF LOCAL GOVERNMENT AFFAIRS OF ILLINOIS v. LAKE SHORE AUTO PARTS CO. ET AL.; and

No. 71–691. BARRETT, COUNTY CLERK OF COOK COUNTY, ILLINOIS, ET AL. v. SHAPIRO ET AL. Sup. Ct. Ill. [Certiorari granted, 405 U. S. 1039.] Motion for order respecting oral argument granted. It is ordered that the Attorney General of Illinois be allotted 20 minutes for oral argument on behalf of petitioner in No. 71–685; that the State's Attorney be allotted 10 minutes for oral argument on behalf of petitioners in No. 71–691; that counsel for Lake Shore Auto Parts Co. be allotted 20 minutes for oral argument on behalf of respondents

in No. 71–685; and that counsel for M. Weil & Sons, Inc., be allotted 10 minutes for oral argument on behalf of respondents in No. 71–691.